To Whom it may concern,     Motion to: Adverse Judgement                    12-2-10

    I'm sorry that my response to the defendant motion to dismiss defense and pleading took so long. I wasn't sure on how to respond to the defendent's motion and plea's. so I sent in a N.O.A on 4/13/10 on the March 5, 2010 (Judgement) which was a mistake. I would like to send in a motion to Adverse the March 5, 2010 (Judgement)

    This reply is to the counterclaim and affirmative defense to the defendants motion to dismiss, on the March 5, 2010 (Judgement) I'm asking the courts to grant my motion to Adverse judgement.

    I'm also sending in a short and plain statement of the claim showing that I'm entitled to a relief giving the defendants a fair notice of what the claim is and the ground upon which it rest pursuant to: Federal Rule Civil Procedure 8(A)(2)

10 C 847

**FILED**
MAR 08 2011
Mar 8. 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Jerome Watson

Subscribed and Sworn to Before me this
10th Day of December 2010

Sarah A Dunlap
Notary Public

OFFICIAL SEAL
SARAH A. DUNLAP
Notary Public - State of Illinois
My Commission Expires Jul 08, 2014

U.S. District Court
Northern District of Illinois Eastern

Jerome Watson
Plaintiff, 20090023460
K89634

-vs-

Lisa Madigan et, al;
Defendant.

Motion); to Adverse Judgement

Case No. # 10-C0847

## PROOF AND CERTIFICATE OF SERVICE

To: Micheal W. Dobbins
Title: Clerk U.S District
219 S. Dearborn St
Chicago, Il 60604

To: Lisa Madigan
Title: Attorney General
100 W. Randolph St. 12th Fl
Chicago, Il 60601

PLEASE TAKE NOTICE that on this __3__ day of __March__ 20_11_ I have placed the documents listed below in the institutional mail at Lawrence Correctional Center, properly address to the parties listed above for mailing through the United States Postal Service: Motion to Adverse Judgement

A Copy is hereby served upon the opposing party!

I, _____, Being first duly sworn upon my oath hereby states that I have served the above Representatives with the above stated documents by placing the same in the U.S. Postal/Mail Box here at Lawrence C.C. Postage prepaid, on this _11_ day of __March__ 20_11_

Signature: Jerome Watson
Print Name: Jerome Watson  I.D.# K89634
Lawrence Correctional Center
10930 Lawrence Rd.
Sumner, IL. 62466

Subscribed and Sworn to before me this _3RD_ Day of __March__ 20_11_
Notary: Sarah A Dunlap

OFFICIAL SEAL
SARAH A. DUNLAP
Notary Public - State of Illinois
My Commission Expires Jul 08, 2014